UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY THOMAS,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>DEPARTMENT OF CHILD SUPPORT SERVICES, ET AL.,<br><br>　　　　　Defendant(s). | Case No. CV 18-3236-DSF (KK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, Defendants' Motions to Dismiss, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court has engaged in <u>de novo</u> review of those portions of the Report to which Plaintiff has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered DISMISSING this action with prejudice and without leave to amend.

Dated: March 25, 2019

_____
HONORABLE DALE S. FISCHER
United States District Judge