JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY THOMAS,<br><br>             Plaintiff,<br><br>             v.<br><br>DEPARTMENT OF CHILD SUPPORT SERVICES, ET AL.,<br><br>             Defendant(s). | Case No. CV 18-3236-DSF (KK)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice and without leave to amend.

Dated: March 25, 2019

_____
HONORABLE DALE S. FISCHER
United States District Judge